1008

No. 95–8569. LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8599. HOLLIDAY v. PAGE. Super. Ct. Pa. Certiorari denied.

No. 95–8601. LEWIS v. KNOX ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8608. NASH v. MISSISSIPPI DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8611. LACEY v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 95–8612. McCARGO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–8613. LAMB v. NORTH DAKOTA STATE BAR BOARD. Sup. Ct. N. D. Certiorari denied.

No. 95–8620. HAY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–8623. TEDDER v. ALABAMA BOARD OF PARDONS AND PAROLES. Ct. Crim. App. Ala. Certiorari denied.

No. 95–8634. STOCKING v. LEE FOOK-KAI. C. A. D. C. Cir. Certiorari denied.

No. 95–8636. RUEL v. SACO & BIDDEFORD SAVINGS INSTITUTION ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–8638. PRADO v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–8641. STEPHENS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.